UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA PINA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS MORRIS, JANICE BOYLE, LAURIE MIRANDA and MONICA COVEN,<br><br>　　　　Defendants. | CIVIL ACTION NO.  09-11800-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of David A. Grossbaum as counsel for Defendant, Lori Miranda, in the above-entitled matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　LORI MIRANDA,

　　　　　　　　　　　　　　　　　　By her Attorneys,

　　　　　　　　　　　　　　　　　　*/s/ David A. Grossbaum*
　　　　　　　　　　　　　　　　　　David A. Grossbaum, BBO #546020
　　　　　　　　　　　　　　　　　　dgrossbaum@hinshawlaw.com
　　　　　　　　　　　　　　　　　　Bernard D. Posner, BBO #659020
　　　　　　　　　　　　　　　　　　bposner@hinshawlaw.com
　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON, LLP
　　　　　　　　　　　　　　　　　　One International Place, Third Floor
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 213-7000

Date:  January 21, 2010

34056329v1  906627  59238

2

**CERTIFICATE OF SERVICE**

      I, David A. Grossbaum, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 21, 2010.

                                             */s/ David A. Grossbaum*
                                             David A. Grossbaum

34056329v1 906627 59238