## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA PINA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS MORRIS, JANICE BOYLE, LAURIE MIRANDA and MONICA COVEN,<br><br>    Defendants. | CIVIL ACTION NO.  09-11800-RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Bernard D. Posner on behalf of Lori Miranda in the above-captioned action.

                                            Respectfully Submitted,

                                            LORI MIRANDA,

                                            By her Attorneys,

                                            */s/ Bernard D. Posner*
                                            David A. Grossbaum, BBO #546020
                                            dgrossbaum@hinshawlaw.com
                                            Bernard D. Posner, BBO #659020
                                            bposner@hinshawlaw.com
                                            HINSHAW & CULBERTSON, LLP
                                            One International Place, Third Floor
                                            Boston, MA  02110
                                            (617) 213-7000

Date:  February 17, 2010

34056775v1  906627  59238

2

**CERTIFICATE OF SERVICE**

   I, Bernard D. Posner, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2010.

               */s/ Bernard D. Posner*
               Bernard D. Posner

34056775v1 906627 59238