UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA PINA,<br><br>      Plaintiff,<br><br>vs.<br><br>THOMAS MORRIS, JANICE BOYLE, LAURIE MIRANDA and MONICA COVEN,<br><br>      Defendants. | CIVIL ACTION NO. 09-11800-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Justin M. Fabella as counsel for Defendant, Lori Miranda, in the above-entitled matter.

                                            Respectfully Submitted,

                                            LORI MIRANDA,

                                            By her Attorneys,

                                            */s/ Justin M. Fabella*
                                            David A. Grossbaum, BBO #546020
                                            dgrossbaum@hinshawlaw.com
                                            Justin M. Fabella, BBO #654859
                                            jfabella@hinshawlaw.com
                                            HINSHAW & CULBERTSON, LLP
                                            One International Place, Third Floor
                                            Boston, MA  02110
                                            Tel:  (617) 213-7000 / Fax: (617) 213-7001

Date:  March 25, 2010

2

## **CERTIFICATE OF SERVICE**

    I, Justin M. Fabella, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 25, 2010.

                                      */s/ Justin M. Fabella*
                                      Justin M. Fabella

34058452v1 906627 59238